# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE KOKLICH, | CASE NO. 1:11-cv-01507-SMS PC |
| Plaintiff, | ORDER RELIEVING DEFENDANT FROM ANY OBLIGATION TO RESPOND TO THE COMPLAINT PENDING SCREENING PURSUANT TO 28 U.S.C. § 1915A |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (Doc. 1) |
| Defendants. | |
| _____/ | |

Plaintiff Bruce Koklich is a state prisoner proceeding pro se in this civil action. Defendant Kelso removed this action from Fresno County Superior Court on September 6, 2011, pursuant to 28 U.S.C. § 1442(a). Defendant Kelso is HEREBY RELIEVED of any obligation to respond to the complaint pending screening by the Court in accordance with 28 U.S.C. § 1915A. Fed. R. Civ. P. 81(c)(2).

IT IS SO ORDERED.

**Dated:**   **September 8, 2011**          _____/s/ Sandra M. Snyder_____
                                                 UNITED STATES MAGISTRATE JUDGE

1