1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9  | BRUCE KOKLICH,                    CASE NO. 1:11-cv-01507-SMS PC

10 |              Plaintiff,           ORDER RELIEVING DEFENDANT FROM
                                       ANY OBLIGATION TO RESPOND TO THE
11 |     v.                            COMPLAINT PENDING SCREENING
                                       PURSUANT TO 28 U.S.C. § 1915A
12 | CALIFORNIA DEPARTMENT
    | OF CORRECTIONS, et al.,          (Doc. 1)
13 |
    |              Defendants.
14 | _____/

15
16          Plaintiff Bruce Koklich is a state prisoner proceeding pro se in this civil action.  Defendant

17 Kelso removed this action from Fresno County Superior Court on September 6, 2011, pursuant to

18 28 U.S.C. § 1442(a).  Defendant Kelso is HEREBY RELIEVED of any obligation to respond to the

19 complaint pending screening by the Court in accordance with 28 U.S.C. § 1915A.  Fed. R. Civ. P.

20 81(c)(2).

21
22 IT IS SO ORDERED.

**Dated:    September 8, 2011**            _____/s/ Sandra M. Snyder_____
23                                          UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28

1