# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE KOKLICH, | CASE NO. 1:11-cv-01507-SMS PC |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff Bruce Koklich ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action in Fresno County Superior Court on August 25, 2010. On August 18, 2011, Defendant P. Mendoza removed the action to federal court. Koklich v. California Department of Corrections and Rehabilitation, 1:11-cv-01403-DLB PC (E.D.Cal. Aug. 18, 2011). On August 25, 2011, Defendants Babcok, Walker, and Ward joined in the removal. Defendant McCoy joined on September 7, 2011.

On September 6, 2011, Defendant Kelso, a defendant named in the above referenced case, filed a notice of removal and this action was opened. (ECF No. 1.) On September 7, 2011, Defendant filed a notice of related case stating that he was unaware of the removal of this action by the other defendant and the assignment of this action to one judge will effect substantial savings of judicial effort. In the interest of judicial economy, the Court finds that these actions brought in the same complaint in state court should proceed in a single action. Accordingly, this action shall be dismissed and Defendant Kelso should file a notice of joinder in Koklich v. California Department

1

of Corrections and Rehabilitation, 1:11-cv-01403-DLB PC (E.D.Cal. Aug. 18, 2011).

    Based on the foregoing, it is HEREBY ORDERED that:

    1.    This action is dismissed; and

    2.    All pending motions are terminated.

IT IS SO ORDERED.

**Dated:**   **October 14, 2011**         /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE